# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES EDWARD JOHNSON, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant(s). | Case No. 2:21-cv-01036-NJK <br><br> **ORDER** |

Kilolo Kijakazi is now Acting Commissioner of Social Security. *See* Docket No. 11 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

IT IS SO ORDERED.

Dated: August 6, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1