CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

Christopher J. Bella, CSBN 294049
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4805
Facsimile: (415) 744-0134
E-Mail: Christopher.Bella@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES EDWARD JOHNSON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:21-cv-1036-NJK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |

Based upon Defendant's Motion for an Extension of Time to Provide the Court with a Paper Copy of the Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant may provide a paper copy of the Certified Administrative Record (CAR) to the Court within 60 days after the answer and e-CAR are filed.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2021