CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

Christopher J. Bella, CSBN 294049
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4805
Facsimile: (415) 744-0134
E-Mail: christopher.bella@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES EDWARD JOHNSON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:21-cv-1036-NJK <br><br> **STIPULATION TO VOLUNTARY REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF** |

1  IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to further evaluate Plaintiff's subjective complaints and the medical evidence. The ALJ will take any additional action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 13, 2021         GERALD M. WELT, CHTD.

/s/ Gerald Morris Welt
GERALD MORRIS WELT

Rohlfing & Kalagian, LLP

/s/ Marc V. Kalagian
MARC V. KALAGIAN
(*as authorized by email)

Attorneys for Plaintiff

Dated: December 13, 2021         CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Christopher J. Bella
CHRISTOPHER J. BELLA
Special Assistant United States Attorney

THE CLERK'S OFFICE IS INSTRUCTED TO CLOSE THIS CASE.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 14, 2021