AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES EDWARD JOHNSON, JR.,

                    Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01036-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff is awarded $2,800 in attorney's fees pursuant to the Equal Access to Justice Act.

3/18/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk